**James C. Mahan**
**U.S. District Judge**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-CV-2049 JCM (NJK) |
| Plaintiff(s), | ORDER |
| v. | |
| CHRISTOPHER TUCKER, | |
| Defendant(s). | |

Presently before the court are Dennis L. Perez and Jonathan Kalinski's ("petitioners") verified petitions for permission to practice pro hac vice. (ECF Nos. 5 and 6). The petitions are both defective as the designation of local counsel in both petitions lists an attorney with an address outside the state of Nevada. Pursuant to LR IA 11-2(d), petitioners must associate with a resident member of the bar of this court as co-counsel. Petitioners also failed to answer items five and six of their respective applications.

Petitioners are instructed to refile corrected petitions with designation of local counsel who is a resident member of the bar of this court and provide answers to all requested items within the petitions.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that Perez and Kalinski's verified petitions for permission to practice pro hac vice (ECF Nos. 5 and 6) be, and the same hereby are, DENIED without prejudice.

DATED January 27, 2022.

_____
UNITED STATES DISTRICT JUDGE