1  DENNIS L. PEREZ, ESQ., CA Bar No. 106555
   PRO HAC VICE PENDING
2  JONATHAN KALINSKI, ESQ. CA Bar No. 245449
   PRO HAC VICE PENDING
3  HOCHMAN SALKIN TOSCHER PEREZ P.C.
   9100 Wilshire Boulevard, Suite 900W
4  Beverly Hills, California  90212-3414
   Telephone:   (310) 281-3240
5  Facsimile:   (310) 859-5106
   E-mail:      Perez@taxlitigator.com
6               Kalinski@taxlitigator.com

7
   Attorneys for Defendant
8  CHRISTOPHER TUCKER

9
                **UNITED STATES DISTRICT COURT**
10
                **DISTRICT OF NEVADA**
11

12

13 | UNITED STATES OF AMERICA,          | CASE NO.:  2:21-cv-02049-JCM-NJK |
14 |                                     |                                  |
   |                 Plaintiff,          | MOTION TO EXTEND                 |
15 |                                     | TIME TO FILE AN ANSWER OR        |
   | v.                                  | OTHERWISE RESPOND TO THE         |
16 |                                     | PLAINTIFF'S COMPLAINT (First     |
   | CHRISTOPHER TUCKER,                 | Request)                         |
17 |                                     |                                  |
   |                 Defendant.          |                                  |
18

19
          Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Rule
20
21 IA 6-1(a), Defendant, Christopher Tucker ("Mr. Tucker"), hereby moves the Court

22 to enlarge the time in which Mr. Tucker must answer or otherwise respond to the
23
   Plaintiff's Complaint, for an additional thirty (30) days, up to and including March
24
25 2, 2021.

26

27                              7145556_1

28 Motion to Extend Time to File and Answer or Otherwise Respond to the Plaintiff's Complaint
                                    - 1 -

1

2          In support of this Motion, Mr. Tucker states the following:

3     1.     On November 15, 2021, the United States of America filed a Complaint

4     seeking to reduce federal tax assessments to judgment.

5     2.     The United States requested that Mr. Tucker waive service of summons in this

6     action along with a copy of the Complaint on December 2, 2021.  Mr. Tucker

7     returned an executed waiver on December 13, 2021.

8     3.     Having executed a waiver, Mr. Tucker is required to answer or otherwise

9     respond to the Plaintiff's Complaint by Monday, January 31, 2022.

10    4.     Mr. Tucker is in the process of answering Plaintiff's Complaint but needs

11    additional time to review the extensive procedural history of the case.

12    5.     This is the first motion to extend time to file the answer or otherwise respond

13    to the Complaint.

14    6.     On January 24, 2022, counsel for Plaintiff informed Mr. Tucker's counsel that

15    it does not oppose this motion.

16          For the above reasons, Mr. Tucker respectfully requests that the Court extend

17    the time to file an Answer to March 2, 2022.

18                              Respectfully submitted,

19
      DATED: January 27, 2022           HOCHMAN SALKIN
20                                       TOSCHER PEREZ P. C.

21

22                                       By:  /s/ Dennis L. Perez
                                            DENNIS L. PEREZ
23                                          Attorneys for Defendant
      IT IS SO ORDERED.                    CHRISTOPHER TUCKER
24    Dated:  January 27, 2022
      .
25    .
                _____
26    Nancy J. Koppe
27    United States Magistrate Judge
                                              7145556_1
28    ─────────────────────────────────────────────────────
      Motion to Extend Time to File and Answer or Otherwise Respond to the Plaintiff's Complaint
                                    - 2 -