# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff(s),<br>v.<br>CHRISTOPHER TUCKER,<br>　　　　Defendant(s). | Case No. 2:21-cv-02049-JCM-NJK<br><br>**Order**<br><br>[Docket No. 30] |

Pending before the Court is the Government's motion to compel discovery. Docket No. 30. Defendant filed a response. Docket No. 31. The Government filed a reply. Docket No. 32. Defendant's response includes no legal authority of any kind, *see* Docket No. 31, which constitutes consent to the granting of the motion, Local Rule 7-2(d) (failure to file "points and authorities" to oppose a motion constitutes consent to the granting of the motion). Accordingly, the motion to compel is **GRANTED**.[1] Defendant must provide responsive documents by November 23, 2022.

IT IS SO ORDERED.

Dated: November 9, 2022

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

---

[1] The Court declines to address the Government's request for costs, which it raises in the motion in a single sentence. *See* Docket No. 30 at 10; *see also Kor Media Grp., LLC v. Green*, 294 F.R.D. 579, 582 n.3 (D. Nev. 2013) (courts only address arguments that are meaningfully developed). The Court declines to address Defendant's request to add a witness, which he improperly includes within his responsive brief to the motion to compel. *See* Docket No. 31 at 4-5; *see also* Local Rule IC 2-2(b) (separate documents must be filed for different purposes); *Underwood v. O'Reilly Auto Enterps., LLC*, 2022 WL 1184883, at *2 (D. Nev. Apr. 20, 2022) (discussing *Bank of N.Y. Mellon v. SFR Invs. Pool 1, LLC*, 2017 U.S. Dist. Lexis 132101, at *2 (D. Nev. Aug. 18, 2018)).