# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff(s),<br>v.<br>CHRISTOPHER TUCKER,<br>　　　　Defendant(s). | Case No. 2:21-cv-02049-JCM-NJK<br>**Order** |

　　　　The deadline to file the joint proposed pretrial order expired on December 14, 2022, Docket No. 29, but the parties have not filed one. Accordingly, the parties are **ORDERED** to file a joint proposed pretrial order by January 24, 2023. **FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN THE IMPOSITION OF SANCTIONS.**

　　　　IT IS SO ORDERED.

　　　　Dated: January 10, 2023

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1