DAVID A. HUBBERT
Deputy Assistant Attorney General

ALEXANDER E. STEVKO (CA Bar No. 301359)
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044-06863
Tel:   202-616-2380
Fax:   202-307-0054
Email: Alexander.Stevko@usdoj.gov

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>CHRISTOPHER TUCKER,<br><br>    Defendant. | Case No. 2:21-cv-02049<br><br>STIPULATION TO JUDGMENT |

Pursuant to a settlement agreement, the United States of America and Christopher Tucker stipulate to the following:

1. Christopher Tucker agrees to the entry of judgment against him and in favor of the United States for tax years 2002, 2006, 2008, and 2010 in the total amount of $3,580,000 as of January 30, 2023, plus interest and statutory additions in accordance with 28 U.S.C. § 1961(c)(1) and 26 U.S.C. §§ 6601 and 6621, which will continue to accrue according to law from the date that judgment is entered in this case.

2. The Court can dismiss with prejudice all other claims in this case with prejudice and close the case.

Stipulation to Judgment
Case No. 2:21-cv-02049

1

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-616-3395

3. The parties shall bear their own fees and costs.

DATED: October 2, 2023     DAVID A. HUBBERT
Deputy Assistant Attorney General

/s/ Alexander Stevko
ALEXANDER STEVKO
Trial Attorney, Tax Division
U.S. Department of Justice
*Counsel for the United States*

DATED: October 2, 2023     */s/ Marc Risman* (with permission)
MARC D. RISMAN
*Counsel for Defendant*

Stipulation to Judgment
Case No. 2:21-cv-02049

2

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-616-3395

# CERTIFICATE OF SERVICE

I, Alexander Stevko, certify that on October 2, 2023, I filed the foregoing Stipulation with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

**Marc Risman**
Marcrisman@calneva-law.com
*Counsel for Defendant*

/s/ Alexander E. Stevko\_\_\_\_\_
ALEXANDER E. STEVKO
Trial Attorney, Tax Division
U.S. Department of Justice

Stipulation to Judgment
Case No. 2:21-cv-02049

3

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-616-3395